FILED
CLERK, U.S. DISTRICT COURT

April 5, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LAMONT JOHNSON,<br><br>Defendant. | Case Nos.  2:23-CR-00011-SPG *<br>            2:23-CR-00012-SPG<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On April 3, 2024, Defendant Eric Lamont Johnson made his initial appearance on the petitions for revocation of supervised release and warrant for arrest issued on January 30, 2024, and a detention hearing was held.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

    The Court finds that:

    A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further

proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒  allegations in the petition include failure to undergo mental health testing and treatment as ordered and refusal to enroll in therapy as instructed and failure to give the Probation Officer his location.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒  above-referenced allegations in the petition as well as failure to follow the instructions of the Probation Office to stop all contact with the victim.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 5, 2024

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2